# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Kevin Washington   SBI#: 211354

FROM: Stacy Shane, Support Services Secretary

05-838

RE: **6 Months Account Statement**

DATE: September 20, 2005

---

Attached are copies of your inmate account statement for the months of March 1, 2005 to August 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 3.91 |
| April | 3.32 |
| May | 8.58 |
| June | (-.29) |
| July | (-.93) |
| Aug | (-.93) |

Average daily balances/6 months: 2.29

Attachments
CC: File

Stacy Shane
9/20/05

Notary public
9/23/05

# Individual Statement

Date Printed: 9/20/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00211354 | WASHINGTON | Kevin | | | $20.16 | | |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/2/2005 | ($19.90) | $0.00 | $0.00 | $0.26 | 76098 | | | |
| Mail | 3/15/2005 | $20.00 | $0.00 | $0.00 | $20.26 | 81333 | | | ISAAC |
| Pay-To | 3/18/2005 | ($12.92) | $0.00 | $0.00 | $7.34 | 83005 | 387210465 | DST POSTAGE | |
| Canteen | 3/23/2005 | ($7.32) | $0.00 | $0.00 | $0.02 | 84270 | | | |

Ending Mth Balance: $0.02

# Individual Statement

Date Printed: 9/20/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00211354 | WASHINGTON | Kevin | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/12/2005 | $12.92 | $0.00 | $0.00 | $12.94 | 93260 | | DST/POSTAGE-POS | |
| Pay-To | 4/14/2005 | $0.00 | $0.00 | ($2.03) | $12.94 | 94498 | | DST/POSTAGE | |
| Pay-To | 4/18/2005 | ($2.03) | $0.00 | $0.00 | $10.91 | 95480 | | DST/POSTAGE | |
| Canteen | 4/20/2005 | ($10.85) | $0.00 | $0.00 | $0.06 | 96763 | | | |
| Medical | 4/21/2005 | $0.00 | ($6.00) | $0.00 | $0.06 | 97576 | | 4/11/05 | |
| Medical | 4/21/2005 | ($0.06) | ($5.94) | $0.00 | $0.00 | 97661 | | 4/11/05 | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 9/20/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00211354 | WASHINGTON | Kevin | | | | |
| Current Location: | 22 | | | Comments: | | |

## For Month of May 2005

Beg. Mth Balance: $0.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 103670 | | DST/POSTAGE | |
| Mail | 5/19/2005 | $20.00 | $0.00 | $0.00 | $20.00 | 108826 | 08166882079 | 5/4/05 | K WAHSINGTON |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($2.69) | $20.00 | 108972 | | | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($2.69) | $20.00 | 109410 | | | |
| Medical | 5/19/2005 | ($5.94) | $0.00 | $0.00 | $14.06 | 109549 | | 4/11/05 | |
| Mail | 5/20/2005 | $20.00 | $0.00 | $0.00 | $34.06 | 109787 | 08263653264 | | M EAVI |
| Pay-To | 5/24/2005 | ($0.37) | $0.00 | $0.00 | $33.69 | 110805 | | DST/POSTAGE | |
| Supplies-MailP | 5/24/2005 | ($2.69) | $0.00 | $0.00 | $31.00 | 110831 | | 5/4/05 | |
| Supplies-MailP | 5/24/2005 | ($2.69) | $0.00 | $0.00 | $28.31 | 110873 | | | |
| Canteen | 5/26/2005 | ($18.16) | $0.00 | $0.00 | $10.15 | 111986 | | | |
| Pay-To | 5/27/2005 | ($0.37) | $0.00 | $0.00 | $9.78 | 112726 | | DST/POSTAGE | |

Ending Mth Balance: $9.78

# Individual Statement

Date Printed: 9/20/2005                                          Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.78 |
|---|---|---|---|---|---|---|
| 00211354 | WASHINGTON | Kevin | | | | |

Current Location: 22                Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($9.51) | $0.00 | $0.00 | $0.27 | 114812 | | | |
| Pay-To | 6/17/2005 | ($1.20) | $0.00 | $0.00 | ($0.93) | 121665 | | DST/POSTAGE | |

Ending Mth Balance:    ($0.93)

# Individual Statement

Date Printed: 9/20/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($0.93) |
|---|---|---|---|---|---|---|
| 00211354 | WASHINGTON | Kevin | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.83) | ($0.93) | 132841 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($3.95) | ($0.93) | 134181 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($3.95) | ($0.93) | 134182 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($5.30) | ($0.93) | 134185 | | DST/POSTAGE | |

Ending Mth Balance: ($0.93)

## Individual Statement - No Transactions This Month

Date Printed: 9/20/2005                                                                                         Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($0.93) |
|---|---|---|---|---|---|---|
| 00211354 | WASHINGTON | Kevin | | | | |
| Current Location: | 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($0.93) |
|---|---|---|---|---|---|---|