United States District Court
For the District of Delaware



RECEIVED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-838 KAJ

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LOREN MEYERS
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH STREET
    WILMINGTON, DE  19801

2. Article Number
   (Transfer from service label)    7002 2030 0003 0326 9908

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes