IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN L. WASHINGTON, :
:
    Petitioner, :
:
v. : Civ. Act. No. 05-838-KAJ
:
THOMAS CARROLL, Warden, :
CARL C. DANBERG, :
Attorney General of the State of Delaware, :
:
    Respondents. :

### ORDER

This 23rd day of Feb., 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before March 31, 2006.

_____
United States District Judge