## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KEVIN L. WASHINGTON**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-838-KAJ |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| **CARL C. DANBERG**, | : | |
| Attorney General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Kevin Washington v. State of Delaware*, No. 242, 2005:

   a. appellant's opening brief and appendix filed July 13, 1005;

   b. State's motion to affirm filed July 27, 2005;

   c. and the Court's order dated September 13, 2005.

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Kevin Washington v. State of Delaware*, No. 315, 2002:

   a. appellant's notice of appeal filed June 4, 2002;

   b. the notice to show cause issue to appellant on June 5, 2002;

   c. the appellant's response to the notice filed June 20, 2002;

   d. and the Court's order dated July 9, 2002.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: March 30, 2006

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 30, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on March 30, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

> Kevin L. Washington (No.211354 )
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date:  March 30, 2006