IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KEVIN L. WASHINGTON**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-838-KAJ |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| **CARL C. DANBERG**, | : | |
| Attorney General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**SUPPLEMENTAL NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Kevin Washington v. State of Delaware*, 421, 1998:

    a. appellant's opening brief and appendix;

    b. State's answering brief and appendix;

    c. appellant's opening supplemental memorandum;

    d. State's answering supplemental memorandum;

    c. and the Court's order dated March 3, 2000.

    /s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: April 7, 2006

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on April 7, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on April 7, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    Kevin L. Washington (No.211354 )
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977.

    /s/
    Thomas E. Brown
    Deputy Attorney General
    Del. Dept. of Justice

    Counsel for Respondents

Date: April 7, 2006